**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**MERCHANTS & FARMERS BANK**                                                    **PLAINTIFF**

**V.**                                                                      **CAUSE NO. 3:09-MC-37-SA**

**EDITH CAROLYN FRYAR, et al.**                                                **DEFENDANTS**

## ORDER

Pursuant to a memorandum opinion to be released on this day, the Court affirms the Bankruptcy Court's March 9, 2009, decision ordering the remand of this matter to the Chancery Court of Tippah County, Mississippi. So ordered on this, the 13th day of April, 2010.

                                                 **/s/ Sharion Aycock**
                                               **U.S. DISTRICT JUDGE**